UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No. 01-CV-1368 JRT/FLN

Metro Association of Plumbing-Heating-Cooling Contractors,

Plaintiff,

vs.

Minnesota Mechanical Contractors Association, and Pettersen and Associates, Inc.,

Defendants.

**STIPULATION AND ORDER FOR EXTENSION TO ANSWER PLAINTIFF'S COMPLAINT**

Plaintiff Metro Association of Plumbing-Heating-Cooling Contractors and Defendants Minnesota Mechanical Contractors Association, and Pettersen and Associates, Inc., jointly move the Court to extend the deadline for Defendants to answer Plaintiff's Complaint up to and including August 17, 2001.

FABYANSKE, WESTRA & HART, P.A.

Dated: 8/6, 2001

By [signature]
Patrick J. Lee-O'Halloran, #269074
920 Second Avenue South, Suite 1100
Minneapolis, Minnesota 55402
Phone: 612-338-0115; Fax: 612-338-3857
ATTORNEYS FOR PLAINTIFF

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

FELHABER, LARSON, FENLON & VOGT, P.A.

Dated: 8/6, 2001

By____________________

Penelope J. Phillips, #200876
Thomas R. Trachsel, #0279882
601 Second Avenue South; Suite 4200
Minneapolis, Minnesota 55402-4302
Phone: 612-339-6321; Fax: 612-338-0535
ATTORNEYS FOR THE DEFENDANTS

**ORDER**

The foregoing Stipulation is hereby approved and IT IS ORDERED that the terms of the foregoing Stipulation are hereby adopted and shall govern this action unless otherwise ordered by the Court.

Dated: August 7, 2001

BY THE COURT

Franklin L. Noel

Franklin L. Noel
Chief Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500